ALEX G. TSE (CABN 152348)
Acting United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7017
    Facsimile: (415) 436-7009

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) | |
| v. | ) | COMPLAINT |
| GEORGE M. GREEN, | ) | |
| Defendant. | ) | |

    Now comes the United States of America, by and through its undersigned counsel, and complains and alleges as follows:

JURISDICTION AND VENUE

    1.    This is a civil action brought by the United States to reduce to judgment outstanding federal tax assessments against defendant George M. Green.

    2.    This action is commenced pursuant to Sections 7401 and 7402 of the Internal Revenue Code of 1986, at the direction of the Attorney General of the United States, with the authorization and sanction, and at the request of the Division Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

    3.    Jurisdiction over this action is conferred upon this Court by Title 28, United States Code, Sections 1340 and 1345, and under Section 7402(a) of the Internal Revenue Code of 1986.

    4.    Venue is proper in the Northern District of California because at the time the liabilities

1  accrued, defendant taxpayer, George M. Green resides within this judicial district.  28 U.S.C., Sections
2  1391 and 1396.

### IDENTIFICATION OF DEFENDANTS

4       5.      Defendant George M. Green resides at 614 Douglas Drive, Mill Valley, California, which
5  is within the jurisdiction of this Court.

### REDUCE INCOME TAX ASSESSMENTS TO JUDGMENT

7       6.      The United States realleges the allegations in paragraphs 1 through 5 above, as if fully set
8  forth herein.

9       7.      A delegate of the Secretary of the Treasury made assessments against George M. Green
10 for unpaid federal income taxes (Form 1040), penalties and interest as set forth below:

| TAX YEAR | TAX ASSESSMENT DATES | CURRENT ASSESSED AMOUNTS | UNPAID BALANCE AS OF April 30, 2018* |
|---|---|---|---|
| 2004 | 10/13/2008 | $ 35,141.48 | $ 35,851.34 |
| 2005 | 12/29/2008 | $116,789.12 | $119,148.28 |
| 2008 | 7/5/2010 | $ 58,494.51 | $ 59,676.11 |
| 2009 | 1/10/2011 | $ 14,528.06 | $ 14,821.52 |
| 2010 | 5/6/2013 | $132,646.18 | $135,325.65 |
| 2011 | 4/29/2013 | $ 27,399.43 | $ 27,952.90 |
| 2012 | 9/22/2014 | $ 77,249.19 | $ 78,809.64 |
| 2014 | 11/30/2015 | $104,056.81 | $106,158.77 |
| 2015 | 11/28/2016 | $ 92,378.00 | $111,920.62 |
| 2016 | 11/27/2017 | $112,502.52 | $119,160.41 |

22      8.      Despite timely notice and demand for payment of the taxes, penalties, and interest
23 described in paragraph 7 above, defendant George M. Green has neglected, failed, or refused to pay the
24 taxes, penalties and interest described in paragraph 7 above, and there remains due and owing on said
25 assessments, as of April 30, 2018, the sum of $808,825.24, plus accrued interest and penalties and other
26 statutory additions as provided by law, minus any credits.

### REDUCE TRUST FUND RECOVERY PENALTY ASSESSMENTS TO JUDGMENT

28      9.      During the periods set forth below, George M. Green was responsible for collecting,

1  truthfully accounting for and paying over to the United States taxes withheld from wages paid to
2  employees of GM Green Real Estate, Inc.
3      10.    On or about the dates set forth below, a delegate of the Secretary of the Treasury made
4  assessments against George M. Green of  liabilities established by 26 U.S.C. § 6672 due to his willful
5  failure to collect, truthfully account for and pay over to the United States taxes withheld from wages
6  paid to the employees of GM Green Real Estate, Inc. as stated in Paragraph 9.
7      11.    Assessments against taxpayer George M. Green for Trust Fund Recovery Penalties are
8  set forth below:

| TAX PERIOD/ | DATE OF ASSESSMENT | CURRENT ASSESSED AMOUNT | BALANCE OF TAX INTEREST, FEES & PENALTIES AS OF 4/30/2018 |
|---|---|---|---|
| 6/30/2009 | 5/2/2011 | $2,458.20 | $2,507.85 |
| 9/30/2008 | 5/2/2011 | $2,518.17 | $2,569.04 |
| 2/21/2008 | 5/2/2011 | $2,581.10 | $2,633.24 |
| 3/31/2009 | 5/2/2011 | $2,645.71 | $2,699.15 |
| 6/30/2009 | 5/2/2011 | $2,711.64 | $2,766.42 |
| 9/30/2009 | 5/2/2011 | $2,779.57 | $2,835.72 |
| 12/31/2009 | 5/2/2011 | $2,849.38 | $2,906.93 |
| 3/31/2010 | 5/2/2011 | $2,152.48 | $2,195.97 |

19      12.    Despite timely notice and demand for payment of the assessments described in paragraph
20  11 above, both defendants George M. Green has neglected, failed, or refused to pay the assessments and
21  there remains due and owing on said assessments, as of April 30, 2018, the sum of $21,114.32, plus
22  accrued interest and penalties and other statutory additions as provided by law, minus any credits.
23      WHEREFORE, the plaintiff, United States of America, prays for the following relief:
24      1.    That this Court determine and adjudge that George M. Green is personally liable to the
25  United States for the sum of $829,939.56, plus interest and statutory additions, as provided by law, that
26  have accrued, and continue to accrue, since the date of these assessments described in paragraphs 7 and
27  11; and that a judgment in that amount be entered against George M. Green and in favor of the United
28  States of America;

| | | |
|---|---|---|
|1| 2. | That the United States of America be granted its costs and attorneys' fees; and, |
|2| 3. | For such other and further relief as is just and proper. |

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney


/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division