DAVID L. ANDERSON (CABN 152348)
United States Attorney

SARA WINSLOW (DCNB 457643)
Chief, Civil Division

THOMAS MOORE (ALBN 4305O78T)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
FAX: (415) 436-7009

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE M. GREEN,<br><br>Defendant. | No. 3:18-cv-04473-JD<br><br>STIPULATION FOR ENTRY OF JUDGMENT AGAINST GEORGE M. GREEN AND [PROPOSED] ORDER THEREON |

The United States of America, by its undersigned counsel, and George M. Green, by his undersigned counsel, stipulate and hereby agree as that Judgment shall be entered against George M. Green for the following amounts and liabilities:

1. Income taxes for the 2004 tax year in the amount of $37,300.66, plus statutory interest and penalties, computed from June 1, 2019, until paid;

2. Income taxes for the 2005 tax year in the amount of $126,331.87, plus statutory interest and penalties, computed from June 1, 2019, until paid;

3. Income taxes for the 2008 tax year in the amount of $63,274.06, plus statutory interest and penalties, computed from June 1, 2019, until paid;

4. Income taxes for the 2009 tax year in the amount of $15,715.13, plus statutory interest and penalties, computed from June 1, 2019, until paid;

5. Income taxes for the 2010 tax year in the amount of $143,484.61, plus statutory interest and penalties, computed from June 1, 2019, until paid;

6. Income taxes for the 2011 tax year in the amount of $29,638.22, plus statutory interest and penalties, computed from June 1, 2019, until paid;

7. Income taxes for the 2012 tax year in the amount of $83,561.17, plus statutory interest and penalties, computed from June 1, 2019, until paid;

8. Income taxes for the 2014 tax year in the amount of $112,559.22, plus statutory interest and penalties, computed from June 1, 2019, until paid;

9. Income taxes for the 2015 tax year in the amount of $26,356.31, plus statutory interest and penalties, computed from June 1, 2019, until paid;

10. Income taxes for the 2016 tax year in the amount of $27,739.11, plus statutory interest and penalties, computed from June 1, 2019, until paid;

11. Section 6672 liability for the June 30, 2008 tax period in the amount of $2,659.06, plus statutory interest, computed from June 1, 2019, until paid;

12. Section 6672 liability for the September 30, 2008 tax period in the amount of $2,723.92, plus statutory interest, computed from June 1, 2019, until paid;

13. Section 6672 liability for the December 31, 2008 tax period in the amount of $2,791.99, plus statutory interest, computed from June 1, 2019, until paid;

14. Section 6672 liability for the March 31, 2009 tax period in the amount of $2,861.89, plus statutory interest, computed from June 1, 2019, until paid;

15. Section 6672 liability for the June 30, 2009 tax period in the amount of $2,933.22, plus statutory interest, computed from June 1, 2019, until paid;

16. Section 6672 liability for the September 30, 2009 tax period in the amount of $3,006.69, plus statutory interest, computed from June 1, 2019, until paid;

17. Section 6672 liability for the December 31, 2009 tax period in the amount of $3,082.19, plus statutory interest, computed from June 1, 2019, until paid;

18. Section 6672 liability for the March 31, 2010 tax period in the amount of $2,328.36, plus statutory interest, computed from June 1, 2019, until paid;

19. Interest shall accrue at the 26 U.S.C. § 6621 rate and penalties shall not exceed the maximum allowed by the Internal Revenue Code.

20. Each party to bear their own costs of litigation, including attorney fees.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
ALEXANDER KUGELMAN
Attorney for George M. Green

/s/
THOMAS MOORE
Assistant United States Attorney
Attorneys for the United States of America

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: July 12, 2019

HONORABLE JAMES DONATO
United States District Judge