UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:18-cv-04473-JD |
| Plaintiff, | ) ) ) |
| v. | ) JUDGMENT [~~proposed~~] |
| GEORGE M. GREEN, | ) ) |
| Defendant. | ) ) ) |

Judgment is awarded against George M. Green and in favor of the United States of America for federal income taxes (Form 1040), plus statutory interest at the 26 U.S.C. § 6621 rate and penalties (not to exceed the maximum allowed by the Internal Revenue Code) from June 1, 2019, until paid and for the tax years set forth below:

| TAX YEAR | AMOUNT DUE |
|---|---|
| 2004 | $ 37,300.66 |
| 2005 | $126,331.87 |
| 2008 | $ 63,274.06 |
| 2009 | $ 15,715.13 |
| 2010 | $143,484.61 |
| 2011 | $ 29,638.22 |
| 2012 | $ 83,561.17 |
| 2014 | $112,559.22 |
| 2015 | $ 26,356.31 |
| 2016 | $ 27,739.11 |

Judgment is also awarded against George M. Green and in favor of the United States of America for Trust Fund Recovery Penalties (Section 6672), plus statutory interest at the 26 U.S.C. § 6621 rate, from June 1, 2019, until paid, and for tax periods set forth below:

| TAX PERIOD ENDING | AMOUNT DUE |
|---|---|
| 6/30/2008 | $2,659.06 |
| 9/30/2008 | $2,723.92 |
| 12/31/2008 | $2,791.99 |
| 3/31/2009 | $2,861.89 |
| 6/30/2009 | $2,933.22 |
| 9/30/2009 | $3,006.69 |
| 12/31/2009 | $3,082.19 |
| 3/31/2010 | $2,328.36 |

Dated: July 12, 2019

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

Judgment
3:18-cv-04473-JD                                    2